**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. MINNESOTA BI–PRODUCTS, Inc., et al.**

**No. 13136.**

Circuit Court of Appeals, Eighth Circuit

Aug. 27, 1945.

Alvin J. Rockwell, Gen. Counsel, and Malcolm F. Halliday, Associate Gen. Counsel, National Labor Relations Board, both of Washington, D.C., for petitioner.

Henry Halladay, of Minneapolis, Minn., and N. R. Ryerson, of Redwood Falls, Minn., for respondents.

PER CURIAM.

Order of National Labor Relations Board enforced, etc., on petition for enforcement and stipulation filed with Board.

■

**Joseph D. NUNAN, Jr., Commissioner of Internal Revenue, Petitioner, v. Walter B. CONGDON, Marjorie C. Dudley, and Robert Congdon, as Trustees under the Last Will and Testament of Chester A. Congdon, Deceased.**

**No. 13093.**

Circuit Court of Appeals, Eighth Circuit.

Aug. 13, 1945.

Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and J. P. Wenchel, Chief Counsel, and Rollin H. Transue, Atty., Bureau of Internal Revenue both of Washington, D. C., for petitioner.

Paul E. Shorb, Dean P. Kimball, and Marion P. Wormhoudt, all of Washington, D. C., for respondents.

PER CURIAM.

Petition to review decision of the Tax Court of the United States dismissed without taxation of costs in favor of either of the parties in this Court, on motion of petitioner and consent of respondent.